## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TORREY DEON ABRAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-554-M |
| | ) | |
| GREG WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On January 12, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by February 1, 2011. On January 27, 2011, petitioner filed his objection, particularly objecting to the Magistrate Judge's finding that trial counsel was not ineffective for failing to develop testimony of other potential witnesses.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on January 12, 2011;

(2)     DENIES the Petition for Writ of Habeas Corpus; and

(3)     ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 3rd day of February, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE